BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR-S-96-282-JAM |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| ALPHONSO TAVAGLIONE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Superseding Indictment against defendant ALPHONSO TAVAGLONE.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure

DATED: June 8, 2010                       BENJAMIN B. WAGNER
                                          United States Attorney


                                          By  /s Mary L. Grad
                                             MARY L. GRAD
                                          Assistant U.S. Attorney

1

O R D E R

It is ordered that the above-captioned Superseding Indictment be and is hereby dismissed without prejudice against ALPHONSO TAVAGLONE.

DATED: June 8, 2010                    /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Judge