1 | BENJAMIN B. WAGNER
United States Attorney
2 | MARY L. GRAD
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  916-554-2763

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )      CR. NO. CR-S-96-282-JAM
                                         )
12 |            Plaintiff,               )      MOTION AND ORDER
                                         )      DISMISSING INDICTMENT
13 |      v.                             )
                                         )
14 | ALPHONSO TAVAGLIONE,                )
                                         )
15 |            Defendant.               )
   _____)

16

17      The United States of America, by and through its undersigned

18 attorney, Mary L. Grad, Assistant United States Attorney,

19 respectfully requests that this Court dismiss without prejudice

20 the above-captioned Superseding Indictment against defendant

21 ALPHONSO TAVAGLONE.

22      This motion is made pursuant to the provisions of Rule 48(a)

23 of the Federal Rules of Criminal Procedure

24
DATED: June 8, 2010                     BENJAMIN B. WAGNER
25                                       United States Attorney

26

27                                       By  /s Mary L. Grad
                                           MARY L. GRAD
28                                       Assistant U.S. Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

O R D E R

It is ordered that the above-captioned Superseding
Indictment be and is hereby dismissed without prejudice against
ALPHONSO TAVAGLONE.


DATED: June 8, 2010                    /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Judge

2